UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| QUESTCARE, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil No. 12-92-ART |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| MICHAEL POYNTER, et al., ) | |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered today, it is **ORDERED AND ADJUDGED** as follows:

(1) Judgment is **ENTERED** in favor of the defendants.

(2) This is a **FINAL AND APPEALABLE ORDER**, and there is no just cause for delay.

(3) This matter is **STRICKEN** from the Court's active docket.

This the 4th day of March, 2013.



Signed By:
<u>Amul R. Thapar</u> AT
United States District Judge